AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

JOAN SILVERS, ELISA TAFF, AND NORMA ARCE )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. **14cv7413**
ADVANCE PUBLICATIONS, INC. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Advance Publications, Inc.
950 W. Fingerboard Rd.
Staten Island, New York 10304

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Melinda Colon Cox, Esq.
Parker Ibrahim & Berg LLC
270 Davidson Avenue
Somerset, NJ 08873

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date:  12/19/2014                                   s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*