UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

JOAN SILVERS, ELISA TAFF, AND NORMA ARCE,

        Plaintiff,

-against-

ADVANCE PUBLICATIONS, INC.,

        Defendant.

-----------------------------------------------------------------x

Case No.: 14-CV-07413

## DEFENDANT ADVANCE PUBLICATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant named herein as Advance Publications, Inc. hereby certifies that it is not a governmental entity and there is no publicly held parent corporation, subsidiary or affiliated entity of Defendant.

Dated: Melville, New York
       February 17, 2015

                                    Respectfully submitted,

                                    JACKSON LEWIS P.C.
                                    *ATTORNEYS FOR DEFENDANT*
                                    58 South Service Road, Suite 250
                                    Melville, New York 11747
                                    (631) 247-0404

               By:    _____
                                    MARC S. WENGER, ESQ.

## CERTIFICATE OF SERVICE

   I hereby certify that on February 17, 2015, the enclosed DEFENDANT ADVANCE PUBLICATIONS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service, upon the following parties and participants:

MELINDA COLON COX, ESQ.
PARKER IBRAHIM & BERG LLC
*ATTORNEYS FOR PLAINTIFFS*
270 Davidson Avenue
Somerset, New Jersey  08873

                  _____
                  MARC S. WENGER, ESQ.

4841-8645-4817, v. 1